UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 14-24126-CIV-MORENO

WILLIAM ALEXANDER TOWNSEND,

    Plaintiff,

vs.

MICHAEL D. CREWS,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE AS TIME-BARRED

THE MATTER was referred to the Honorable Patrick A. White, United States Magistrate Judge for a Report and Recommendation on the Petition for Writ of Habeas Corpus **(D.E. No. 1)**, filed on **November 4, 2014**. The Magistrate Judge filed a Report and Recommendation **(D.E. No. 8)** on **November 10, 2014**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is

**ADJUDGED** that United States Magistrate Judge Patrick A. White's Report and Recommendation **(D.E. No. 8)** on **November 10, 2014** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that the Petition for Writ of Habeas Corpus is DISMISSED as time-barred and a certificate of appealability is DENIED because petitioner has failed to make a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(2).

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of December, 2014.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:
United States Magistrate Judge Patrick A. White

Counsel of Record

William Alexander Townsend, *pro se*
454325
Florida State Prison
K1308-Single
Inmate Mail/Parcels
7819 NW 228th Street
Raiford, FL 32026